ANTHONY M. BARNES, SBN 199048
Email: amb@atalawgroup.com
JASON R. FLANDERS, SBN 238007
Email: jrf@atalawgroup.com
AQUA TERRA AERIS (ATA) LAW GROUP
4030 Martin Luther King Jr. way
Oakland, CA 94609
Telephone: (917) 371-8293

Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE, a non-profit corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STERICYCLE, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 5:20-cv-08435-VKD<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT; [PROPOSED] ORDER GRANTING DISMISSAL OF CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)**<br><br>Courtroom 2, 5th Floor<br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113<br>Judge Virginia K. DeMarchi |

**PLEASE TAKE NOTICE THAT:**

WHEREAS, on September 25, 2020, Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") provided Stericycle, Inc. ("Defendant" or "Stericycle") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365;

WHEREAS, on November 30, 2020, CSPA filed its complaint against Stericycle in this Court, which incorporated by reference all of the allegations contained Plaintiff's Notice;

WHEREAS, CSPA and Stericycle (the "settling parties"), through their authorized representatives and without either adjudication of CSPA's claims or admission by Stericycle, of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement entered into by and between CSPA and Stericycle, is attached hereto as Exhibit A and fully incorporated by reference.

WHEREAS, on April 29, 2021, Plaintiff filed a Notice of Settlement and requested the Court not enter any order regarding the Settlement Agreement until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5; and

WHEREAS, on April 30, 2021, Plaintiff filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Settlement Agreement and would notify the Court of any objections to the Settlement Agreement by June 14, 2021; and

WHEREAS, Plaintiff submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. Environmental Protection Agency and the U.S. Department of Justice (the "federal agencies") for a 45-day statutory review period, consistent with 33 U.S.C.§ 135.5, and as noted directly above, that review period has completed.  The federal agencies have submitted correspondence to the Court on June 14, 2021, indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and greed to that the settling parties

1

STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT; [PROPOSED] ORDER                                                           5:20-cv-08435-VKD

110244916.3 0045569-00005

request an order from this Court (1) approving the settlement agreement; (2) dismissing with prejudice CSPA's claims as to STERICYCLE, INC., as set forth in the Notice and Complaint, and (3) concurrently retaining jurisdiction over this matter or purposes of dispute resolution and enforcement of the Settlement Agreement.

Dated:  June 18, 2021      AQUA TERRA AERIS LAW GROUP LLP

By: _s/Anthony Barnes_____
    Anthony M. Barnes
    Attorneys for Plaintiff CALIFORNIA
    SPORTFISHING PROTECTION ALLIANCE

Dated:  June 18, 2021      STOEL RIVES LLP

By: _s/Michael Mills_____
    Michael N. Mills
    Attorneys for Defendant
    STERICYCLE, INC.

1 **[PROPOSED] ORDER**

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED that the settlement agreement is approved, and pursuant to Federal Rules of Civil Procedure 41(a)(2), CALIFORNIA SPORTFISHING PROTECTION ALLIANCE's claims as to STERICYCLE, INC., as set forth in the Notice and Complaint, are dismissed with prejudice, and the Court shall retain jurisdiction over this matter for purposes of dispute resolution and enforcement of the Settlement Agreement, attached hereto as Exhibit "A" and fully incorporated by reference herein.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2021

_____
MAGISTRATE JUDGE VIRGINIA K. DeMARCHI

3

STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT; [PROPOSED] ORDER        5:20-cv-08435-VKD
110244916.3 0045569-00005